UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILMER ENRIQUE QUIVA PALACIO,<br><br>    Petitioner,<br><br> v.<br><br>CAMMILLA WAMSLEY, *et al.*,<br><br>    Respondents. | Case No. C25-1983-RSM-MLP<br><br>ORDER FOR SERVICE AND RETURN, § 2241 PETITION |

Petitioner, who is proceeding *pro se*, has filed a 28 U.S.C. § 2241 immigration habeas petition. Having reviewed the petition, the Court ORDERS:

(1) If not previously accomplished, electronic posting of this Order and Petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon the named Respondent(s).

(2) **Within 30 days of the date this Order is posted**, Respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondent(s) shall submit a memorandum of authorities in support of their position, and should state whether an evidentiary hearing is

ORDER FOR SERVICE AND RETURN, § 2241
PETITION - 1

1  necessary.  Respondent(s) shall file the return with the Clerk of the Court and shall serve a copy
2  upon Petitioner.

3      (3)    The return will be treated in accordance with LCR 7(d)(4).  Accordingly, on the
4  face of the return, Respondent(s) shall note it for consideration no earlier than 28 days after it is
5  filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response no
6  later than 21 days after the return is filed, and Respondent(s) may file and serve a reply no later
7  than 28 days after the return is filed.

8      (4)    If Petitioner's custody status changes at any point during this litigation,
9  **Respondent(s) shall file a status update with the Court as soon as possible and no later than**
10 **14 days after the change.**

11     (5)    The Clerk is directed to send copies of this Order to counsel for Petitioner,
12 counsel for Respondent(s), and the Honorable Ricardo S. Martinez.

13     Dated this 23rd day of October, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER FOR SERVICE AND RETURN, § 2241
PETITION - 2