UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILMER ENRIQUE QUIVA PALACIO,

        Petitioner,

    v.

CAMMILLA WAMSLEY, *et al.*,

        Respondents.

Case No. C25-1983-RSM-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's habeas petition (dkt. # 1) is GRANTED. Respondents are ORDERED to rescind the newly imposed conditions of release and restore the 2021 conditions, and are prohibited from redetaining Petitioner or imposing additional conditions of release without adequate notice of the reasons and a meaningful opportunity to respond to those reasons.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

ORDER - 1

1 | Dated this __ day of [Pick the date].

_____
Ricardo S. Martinez
United States District Judge

ORDER - 2