# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILMER ENRIQUE QUIVA PALACIO,<br><br>      Petitioner,<br><br>  v.<br><br>CAMMILLA WAMSLEY, *et al.*,<br><br>      Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C25-1983-RSM-MLP |

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved. Petitioner's habeas petition (dkt. # 1) is GRANTED. Respondents are ORDERED to rescind the newly imposed conditions of release and restore the 2021 conditions, and are prohibited from redetaining Petitioner or imposing additional conditions of release without adequate notice of the reasons and a meaningful opportunity to respond to those reasons.

Dated this \_\_ day of _____, 202\_.

                Ravi Subramanian
                Clerk of Court

                s/_____
                Deputy Clerk