1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   WILMER ENRIQUE QUIVA PALACIO,

9                              Petitioner,          Case No. C25-1983-RSM-MLP

10         v.                                       ORDER

11  CAMMILLA WAMSLEY, *et al.*,

12                              Respondents.

13

14         Having reviewed the Report and Recommendation of the Honorable Michelle L.

15  Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining

16  record, the Court finds and ORDERS:

17         (1)     The Court ADOPTS the Report and Recommendation.

18         (2)     Petitioner's habeas petition (dkt. # 1) is GRANTED. Respondents are ORDERED

19  to rescind the newly imposed conditions of release and restore the 2021 conditions, and are

20  prohibited from redetaining Petitioner or imposing additional conditions of release without

21  adequate notice of the reasons and a meaningful opportunity to respond to those reasons.

22         (3)     The Clerk is directed to send copies of this Order to the parties and to Judge

23  Peterson.

ORDER - 1

Dated this 12th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2